1940Peter Dubrawski (Bar No. 65677)
   pdubrawski@hbblaw.com
Annette F. Mijanovic (Bar No. 264638)
   amijanovic@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Plaintiff
TEREX FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| TEREX FINANCIAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LBC IRWINDALE, LLC, a California limited liability company; and DOES 1 through 5, inclusive, <br><br> Defendants. | Case No. 5:16-cv-01940-JGB (DTBx) <br><br> **ORDER GRANTING REQUEST FOR ENTRY OF JUDGMENT; JUDGMENT** |

TO ALL INTERESTED PARTIES:

On March 21, 2017, the parties in this matter reached a settlement and filed a Notice of Settlement of Entire Case [Doc. No. 46];

On March 22, 2017, the Court issued an Order deeming the matter dismissed as of May 9, 2017, but retaining full jurisdiction over the matter, which includes the jurisdiction to enforce the settlement between the parties [Doc. No. 47];

On October 23, 2018, plaintiff filed a Request for Entry of Judgment Pursuant to Stipulation of Parties for Entry of Judgment concurrently with a supporting declaration of Jeff C. Grotta and the Stipulation of Parties for Entry of Judgment in

the Event of Default by Defendant [Doc. No. 49].  Having read the foregoing papers filed by plaintiff and the evidence having been considered by the Court:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that JUDGMENT be entered in favor of plaintiff Terex Financial Services, Inc. and against defendant LBC Irwindale, LLC in the total amount of $21,952.62 (which consists of: $19,365.24 in principal balance due and $2,587.38 in attorneys' fees, costs and expenses).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that interest on the judgment shall accrue at the applicable rate set forth in 28 U.S.C. 1961 from and after the date of entry of this judgment.

The clerk is ordered to enter the judgment.

DATED: October 31, 2018

Hon. Jesus G. Bernal
United States District Judge